| | |
|---|---|
| 1   McGREGOR W. SCOTT<br>     United States Attorney<br>2   KEVIN C. KHASIGIAN<br>     Assistant U. S. Attorney<br>3   501 I Street, Suite 10-100<br>     Sacramento, CA  95814<br>4   Telephone:  (916) 554-2700<br>5   Attorneys for the United States | |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>REAL PROPERTY LOCATED AT 10170 PATTI WAY, ELK GROVE, CALIFORNIA, SACRAMENTO COUNTY, APN: 132-0910-069-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>REAL PROPERTY LOCATED AT 4960 FRANCESA STREET, ELK GROVE, CALIFORNIA, SACRAMENTO COUNTY, APN: 117-1000-033-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>REAL PROPERTY LOCATED AT 19460 FIDDLETOWN ROAD, FIDDLETOWN, CALIFORNIA, AMADOR COUNTY, APN: 021-050-019-000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>REAL PROPERTY LOCATED AT 9009 FERNWAY COURT, ELK GROVE, CALIFORNIA, SACRAMENTO COUNTY, APN: 116-1290-019-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | 2:18-CV-00763-KJM-CKD<br><br><br><br>STIPULATION TO STAY FURTHER PROCEEDINGS AND ORDER |

1

| | |
|---|---|
| 1 | REAL PROPERTY LOCATED AT 8885 MONTEREY OAKS DRIVE, ELK GROVE, CALIFORNIA, SACRAMENTO COUNTY, APN: 116-1270-018-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, |
| 2 | REAL PROPERTY LOCATED AT 16481 FIDDLETOWN ROAD, FIDDLETOWN, CALIFORNIA, AMADOR COUNTY, APN: 014-270-026-000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, |
| 3 | REAL PROPERTY LOCATED AT 25 DONSON COURT, ELK GROVE, CALIFORNIA, SACRAMENTO COUNTY, APN: 117-1510-050-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, |
| 4 | REAL PROPERTY LOCATED AT 7627 MASTERS STREET, ELK GROVE, CALIFORNIA, SACRAMENTO COUNTY, APN: 117-1390-017-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, and |
| 5 | REAL PROPERTY LOCATED AT 8620 PORT HAYWOOD WAY, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 117-0970-086-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, |
| | Defendants. |

The United States and Claimants Jin Jin Lin, Jinquan Li, Bernard Horton and Lennette Horton, Trustees of the Bernard Horton Retirement Trust Dated September 1, 1979; Bernard Horton and Lennette Horton, Trustees of the Horton Family Trust Dated September 10, 1986, Roger Anderson, Trustee of the RWA Trust Dated March 14, 2014, Daniel Zhu, Bruce J. Warren as Trustee of the Bruce J. Warren 2002 Revocable Trust, Bi Juan Li, Lone Oak Fund, LLC, Sun Chang Lin , Suki Xing H. Liang, Amwest Funding Corp., Yue E. Chen, through their respective counsel, and Scott McConaughey and Carina McConaughey, appearing *pro per*, hereby stipulate that a stay is necessary in the above-entitled action and request that the Court enter an order staying all further proceedings until the resolution of the related

criminal cases, United States v. Leonard Yang, et al., Case 2:16-CR-00189-KJM and United States v. Xiu Ping Li, et al., Case No. 2:17-CR-00136-KJM, and ongoing criminal investigation into marijuana grows at the defendant properties.

1. This is a forfeiture *in rem* action against eight properties pursuant to 21 U.S.C. § 881(a)(7) because they allegedly were used and intended to be used to commit or facilitate violations of federal drug laws:

   a. Real Property located at 10170 Patti Way in Elk Grove, California, Sacramento County, the "*Defendant Patti Way.*" Jin Jin Lin has filed a claim asserting an ownership interest in defendant Pianella Way. No other party has filed a claim asserting an interest in defendant Pianella Way.

   b. Real Property located at 4960 Francesca Street in Elk Grove, California, the "*Defendant Francesca Street.*" Jinquan Li has filed a claim asserting an ownership interest in defendant Francesca Street. Bernard Horton and Lennette Horton, Trustees of the Bernard Horton Retirement Trust Dated September 1, 1979; Bernard Horton and Lennette Horton, Trustees of the Horton Family Trust Dated September 10, 1986, filed a claim asserting a lienholder interest in defendant Francesca Street.

   c. Real Property located at 19460 Fiddletown Road in Fiddletown, California, the "*Defendant 19460 Fiddletown Road.*" Daniel Zhu has filed a claim asserting an ownership interest in defendant 19460 Fiddletown Road. Bruce J. Warren filed a claim asserting a lienholder interest in defendant 19460 Fiddletown Road.

   d. Real Property located at 9009 Fernway Court in Elk Grove, California, the "*Defendant Fernway Court.*" Bi Juan Li has filed a claim asserting an ownership interest in defendant Fernway Court. Lone Oak Fund LLC filed a claim asserting a lienholder interest in defendant Fernway Court.

   e. Real Property located at 8885 Monterey Oaks Drive in Elk Grove, California, the "*Defendant Monterey Oaks Drive.*" Sun Chang Lin has filed a claim asserting an ownership interest in defendant Monterey Oaks Drive. No other party has filed a claim asserting an interest in this property.

   f. Real Property located at 16481 Fiddletown Road in Fiddletown, California, the "*Defendant 16481 Fiddletown Road.*" Daniel Zhu has filed a claim asserting an ownership interest in defendant 16481 Fiddletown Road. Bruce J. Warren filed a claim asserting a lienholder interest in defendant 16481 Fiddletown Road.

   g. Real Property located at 25 Donson Court in Elk Grove, California, the "*Defendant Donson Court.*" Suki Xing H. Liang has filed a claim asserting an ownership interest in defendant Donson Court. Amwest Funding Corp. filed a claim asserting a lienholder interest in defendant Donson Court.

   h. Real Property located at 7627 Masters Street in Elk Grove, California, the "*Defendant Masters Street.*" Daniel Zhu has filed a claim asserting an ownership interest in

defendant Masters Street. Roger Anderson, Trustee of the RWA Trust Dated March 14, 2014, filed a claim asserting a lienholder interest in defendant Masters Street.

    i. Real Property located at 8620 Port Haywood Way in Sacramento, California, the "*Defendant Port Haywood Way*." Yue E. Chen has filed a claim asserting an ownership interest in defendant Port Haywood Way. The Scott and Carina McConaughey Trust filed a claim asserting a lienholder interest in defendant Port Haywood Way.

3. The stay is requested pursuant to 18 U.S.C. §§ 981(g)(1), 981(g)(2), and 21 U.S.C. § 881(i). The United States contends that the defendant properties were used and intended to be used to commit or facilitate violations of federal drug laws in violation of 21 U.S.C. §§ 841 *et seq*. Claimants deny these allegations.

4. To date, several individuals have been charged with federal crimes related to marijuana manufacturing and distribution in two related cases, United States v. Leonard Yang, et al., Case 2:16-CR-00189-KJM and United States v. Xiu Ping Li, et al., Case No. 2:17-CR-00136-KJM. It is the United States' position that the statute of limitations has not expired on potential criminal charges relating to the drug trafficking involving the defendant properties. Nevertheless, the United States intends to depose claimants (and others) regarding their ownership of the defendant properties, as well as their knowledge and participation in large scale marijuana cultivation, including the marijuana grow at the defendant properties, as well as the circumstances behind the purchase of the properties. If discovery proceeds at this time, claimants will be placed in the difficult position of either invoking their Fifth Amendment rights against self-incrimination and losing the ability to pursue their claims to the defendant properties, or waiving their Fifth Amendment rights and submitting to a deposition and potentially incriminating themselves. If they invoke their Fifth Amendment rights, the United States will be deprived of the ability to explore the factual basis for the claims they filed with this court.

5. In addition, claimants intend to depose, among others, the agents involved with this investigation, including but not limited to, the agents with the Drug Enforcement Administration ("DEA"). Allowing depositions of the law enforcement officers at this time would adversely impact the federal prosecution and ongoing investigation.

6. The parties recognize that proceeding with these actions at this time has potential adverse effects on the investigation of the underlying criminal conduct and/or upon the claimant's ability to assert

any defenses to forfeiture. For these reasons, the parties jointly request that these matters be stayed until the conclusion of the related criminal cases. At that time the parties will advise the court of the status of the criminal investigation, if any, and will advise the court whether a further stay is necessary.

7. If any of the defendant properties go into default, the parties reserve the right to seek all avenues of redress to preserve the real properties, including filing a motion for interlocutory sale or seeking a receiver appointment to collect rents and maintain the properties.

Dated: 7/26/2018                    McGREGOR W. SCOTT
                                    United States Attorney

                            By:     /s/ Kevin C. Khasigian
                                    KEVIN C. KHASIGIAN
                                    Assistant U.S. Attorney

Dated: 7/27/18                      /s/ J. Patrick McCarthy
                                    J. PATRICK McCARTHY
                                    Attorney for Claimants Daniel Zhu, Suki Xing H
                                    Liang, and Jinquan Li
                                    (Authorized by email)

Dated: 8/1/18                       /s/ Simon Aron
                                    SIMON ARON
                                    Attorney for Claimant Lone Oak Fund, LLC
                                    (Authorized by email)

Dated: 8/1/18                       /s/ Scott G. McConaughey
                                    SCOTT G. McCONAUGHEY
                                    Pro Per Claimant
                                    (Authorized by email)

Dated: 8/1/18                       /s/ Carina M. McConaughey
                                    CARINA M. McCONAUGHEY
                                    Pro Per Claimant
                                    (Authorized by email)

Dated: 8/2/18                       /s/ Russell W. Reynolds
                                    RUSSELL W. REYNOLDS
                                    Attorney for Bruce Warren, Trustee of the Bruce J.
                                    Warren 2002 Revocable Trust
                                    (Authorized by email)

Dated: 7/31/18                      /s/ Samuel D. Berns
                                    SAMUEL D. BERNS
                                    Attorney for Claimant Sun Chang Lin
                                    (Signature retained by attorney)

| | | |
|---|---|---|
| Dated: 8/1/18 | /s/ Larissa A. Branes<br>LARISSA A. BRANES<br>Attorney for Claimants Bernard Horton and Lennette Horton, Trustees of the Bernard Horton Retirement Trust Dated September 1, 1979; Bernard Horton and Lennette Horton, Trustees of the Horton Family Trust Dated September 10, 1986, and Roger Anderson, Trustee of the RWA Trust Dated March 14, 2014  (Authorized by email) | |
| Dated: 7/31/18 | /s/ William G. Malcolm<br>WILLIAM G. MALCOLM<br>Attorney for Claimant Amwest Funding Corp<br>(Authorized by email) | |
| Dated: 7/31/18 | /s/ Robert J. Saria<br>ROBERT J. SARIA<br>Attorney for Claimant Jin Jin Lin<br>(Authorized by phone) | |
| Dated: 8/2/18 | /s/ David Foos<br>DAVID FOOS<br>Attorney for Claimant Yue E. Chen<br>(Authorized by email) | |
| Dated: 7/31/18 | /s/ Terry Hunt<br>TERRY R. HUNT<br>Attorney for Claimant Bi Juan Li<br>(Signature retained by attorney) | |

## ORDER

For the reasons set forth above, this matter is stayed under 18 U.S.C. §§ 981(g)(1), 981(g)(2) and 21 U.S.C. § 881(i) until the resolution of companion criminal cases.  The parties shall file a joint status report within 30 days of the conclusion of the parallel criminal cases, or as the court deems appropriate.

IT IS SO ORDERED.

DATED:  August 6, 2018.

_____
UNITED STATES DISTRICT JUDGE