Larissa A. Branes, Esq. (SBN 245875)
Amy E. Martinez, Esq. (SBN 245871)
Alexa P. Stephenson, Esq. (SBN 312437)
**GERACI LAW FIRM**
90 Discovery
Irvine, CA 92618
Tele.: (949) 379-2600
Fax: (949) 379-2610
E-mail: l.branes@geracillp.com

Attorneys for Non-Party Lienholder,
Roger Anderson, Trustee of The RWA Trust
Dated March 14, 2014

**Geraci Law Firm**
90 Discovery
Irvine, California 92618
T: (949) 379-2600; F: (949) 379-2610

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

Plaintiff,

vs.

REAL PROPERTY LOCATED AT 10170 PATTI WAY, ELK GROVE, CALIFORNIA, SACRAMENTO COUNTY, APN: 132-0910-069-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,

REAL PROPERTY LOCATED AT 4960 FRANCESA STREET, ELK GROVE, CALIFORNIA, SACRAMENTO COUNTY, APN: 117-1000-033-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,

REAL PROPERTY LOCATED AT 19460 FIDDLETOWN ROAD, FIDDLETOWN, CALIFORNIA, AMADOR COUNTY, APN: 021-050-019-000, INCLUDING ALL

**Case No. 2:18-CV-00763-KJM-CKD**

**STIPULATION AND WITHDRAWAL OF VERIFIED CLAIM AND ANSWER OF LIENHOLDER, ROGER ANDERSON, TRUSTEE OF THE RWA TRUST DATED MARCH 14, 2014; ORDER**

Complaint Filed: April 3, 2018
Trial Date: None Set

1

STIPULATION AND WITHDRAWAL OF VERIFIED CLAIM AND ANSWER OF LIENHOLDER, ROGER ANDERSON, TRUSTEE OF THE RWA TRUST DATED MARCH 14, 2014; ORDER

APPURTENANCES AND IMPROVEMENTS THERETO,

REAL PROPERTY LOCATED AT 9009 FERNWAY COURT, ELK GROVE, CALIFORNIA, SACRAMENTO COUNTY, APN: 116-1290-019-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,

REAL PROPERTY LOCATED AT 8885 MONTEREY OAKS DRIVE, ELK GROVE, CALIFORNIA, SACRAMENTO COUNTY, APN: 116-1270-018-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,

REAL PROPERTY LOCATED AT 16481 FIDDLETOWN ROAD, FIDDLETOWN, CALIFORNIA, AMADOR COUNTY, APN: 014-270-026-000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,

REAL PROPERTY LOCATED AT 25 DONSON COURT, ELK GROVE, CALIFORNIA, SACRAMENTO COUNTY, APN: 117-1510-050-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,

REAL PROPERTY LOCATED AT 7627 MASTERS STREET, ELK GROVE, CALIFORNIA, SACRAMENTO COUNTY, APN: 117-1390-017-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, and

**Geraci Law Firm**
90 Discovery
Irvine, California 92618
T: (949) 379-2600; F: (949) 379-2610

2

STIPULATION AND WITHDRAWAL OF VERIFIED CLAIM AND ANSWER OF LIENHOLDER, ROGER ANDERSON, TRUSTEE OF THE RWA TRUST DATED MARCH 14, 2014; ORDER

Geraci Law Firm
90 Discovery
Irvine, California 92618
T: (949) 379-2600; F: (949) 379-2610

REAL PROPERTY LOCATED AT 8620 PORT HAYWOOD WAY, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 117-0970-086-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,

Defendants.

**IT IS HEREBY STIPULATED** by and between claimant, Roger Anderson, Trustee of The RWA Trust Dated March 14, 2014 ("Claimant"), by and through its undersigned counsel, Larissa A. Branes, Esq. of Geraci Law Firm, and Plaintiff, the United States of America ("Plaintiff"), by and through its undersigned counsel, Kevin C. Khasigian, Assistant United States Attorney, as follows:

1. Claimant asserted a lienholder interest in the defendant property located at 7627 Masters Street, Elk Grove, California 95758 ("Defendant Masters Street"), which maintains the following legal description:

> Real property in the City of Sacramento, County of Sacramento, State of California, described as follows:
>
> LOT 81, AS SHOWN ON THAT CERTAIN MAP ENTITLED "PLAT OF LAGUNA VEGA SOUTH, SUBDIVISION NO. P00-087", FILED IN THE OFFICE OF THE COUNTY RECORDER OF SACRAMENTO COUNTY, CALIFORNIA ON SEPTEMBER 26, 2002, IN BOOK 304 OF MAPS, AT PAGE 4.
>
> APN: 117-1390-017-0000;

2. The loan has since been satisfied and Claimant no longer has an interest in Defendant Masters Street;

///

///

3

STIPULATION AND WITHDRAWAL OF VERIFIED CLAIM AND ANSWER OF LIENHOLDER, ROGER ANDERSON, TRUSTEE OF THE RWA TRUST DATED MARCH 14, 2014; ORDER

3. Accordingly, Claimant hereby withdraws its claim filed in the above-captioned case on June 13, 2018 [Dk. 16] and its answer filed in the above-captioned case on June 22, 2018 [Dk. 21] with respect to the Defendant Masters Street;

4. To the extent required under the *Federal Rules of Civil Procedure,* Rule 41(a), Plaintiff agrees to dismiss with prejudice Claimant in the above-captioned case pursuant to the *Federal Rules of Civil Procedure*, Rule 41(a). Defendant Masters Street is the *in rem* defendant.

5. Each party hereto is to bear its own costs; and

6. Claimant is hereby removed from the Service List for the above-captioned case.

Date: September 25, 2018

**GERACI LAW FIRM**

By: /s/ Larissa A. Branes
Larissa A. Branes, Esq.
Amy E. Martinez, Esq.
Alexa P. Stephenson, Esq.
Attorneys for Non-Party Claimant, Roger Anderson, Trustee of the RWA Trust Dated March 14, 2014

Date: September 25, 2018

**MCGREGOR W. SCOTT**
United States Attorney

By: /s/ Kevin C. Khasigian
Kevin C. Khasigian
Assistant United States Attorney

**Geraci Law Firm**
90 Discovery
Irvine, California 92618
T: (949) 379-2600; F: (949) 379-2610

4

STIPULATION AND WITHDRAWAL OF VERIFIED CLAIM AND ANSWER OF LIENHOLDER, ROGER ANDERSON, TRUSTEE OF THE RWA TRUST DATED MARCH 14, 2014; ORDER

**Geraci Law Firm**
90 Discovery
Irvine, California 92618
T: (949) 379-2600; F: (949) 379-2610

# ORDER

The Court has read and considered the Stipulation of Withdrawal of Claim and Answer by Roger Anderson, Trustee of The RWA Trust Dated March 14, 2014 ("the Stipulation") by Claimant, Roger Anderson, Trustee of The RWA Trust Dated March 14, 2014 ("Claimant"), and Plaintiff, United States of America ("Plaintiff"), by and through their respective counsel (collectively, the "Parties"). For the reasons stated in the Stipulation and for good cause shown,

**IT IS HEREBY ORDERED** as follows:

1. The Stipulation is approved.

2. Claimant's claim filed in the above-captioned case on June 13, 2018 [Dk. 16] is hereby deemed withdrawn.

3. Claimant's answer filed in the above-captioned case on June 22, 2018 [Dk. 21] is hereby deemed withdrawn.

4. Claimant is hereby deemed dismissed from the above-captioned case.

**IT IS SO ORDERED.**

DATED: September 25, 2018.

UNITED STATES DISTRICT JUDGE