| | |
|---|---|
| RUSSELL W. REYNOLDS #138075<br>COLEMAN & HOROWITT, LLP<br>Attorneys at Law<br>499 West Shaw, Suite 116<br>Fresno, California 93704<br>Telephone: (559) 248-4820<br>Facsimile: (559) 248-4830<br>E-Mail: rreynolds@ch-law.com<br><br>Attorneys for Bruce J. Warren, Trustee<br>of the Bruce J. Warren 2002 Revocable Trust | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REAL PROPERTY LOCATED AT 10170 PATTI WAY, ELK GROVE, CALIFORNIA, SACRAMENTO COUNTY, APN: 132-0910-069-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>REAL PROPERTY LOCATED AT 4960 FRANCESA STREET, ELK GROVE, CALIFORNIA, SACRAMENTO COUNTY, APN: 117-1000-033-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>REAL PROPERTY LOCATED AT 19460 FIDDLETOWN ROAD, FIDDLETOWN, CALIFORNIA, AMADOR COUNTY, APN: 021-050-019-000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>REAL PROPERTY LOCATED AT 9009 FERNWAY COURT, ELK GROVE, CALIFORNIA, SACRAMENTO COUNTY, APN: 116-1290-019-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | No. 2:18-cv-00763-KJM-CKD<br><br>**STIPULATION AND WITHDRAWAL OF VERIFIED CLAIM AND ANSWER OF LIENHOLDER, BRUCE J. WARREN, TRUSTEE OF THE BRUCE J. WARREN 2002 REVOCABLE TRUST**<br><br>Complaint Filed: April 4, 2018<br>Trial Date: None |

| | |
|---|---|
| 1<br>2<br>3<br>4 | REAL PROPERTY LOCATED AT 8885 MONTEREY OAKS DRIVE, ELK GROVE, CALIFORNIA, SACRAMENTO COUNTY, APN: 116-1270-018-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, |
| 5<br>6<br>7<br>8 | REAL PROPERTY LOCATED AT 16481 FIDDLETOWN ROAD, FIDDLETOWN, CALIFORNIA, AMADOR COUNTY, APN: 014-270-026-000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, |
| 9<br>10<br>11<br>12 | REAL PROPERTY LOCATED AT 25 DONSON COURT, ELK GROVE, CALIFORNIA, SACRAMENTO COUNTY, APN: 117-1510-050-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, |
| 13<br>14<br>15<br>16 | REAL PROPERTY LOCATED AT 7627 MASTERS STREET, ELK GROVE, CALIFORNIA, SACRAMENTO COUNTY, APN: 117-1390-017-0000. INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, |
| 17<br>18<br>19 | REAL PROPERTY LOCATED AT 8620 PORT WAYWARD WAY, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 117-0970-086-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, |
| 20 | Defendants. |

**IT IS HEREBY STIPULATED** by and between claimant, Bruce J. Warren, Trustee of the Bruce J. Warren 2002 Revocable Trust ("Claimant"), by and through his undersigned counsel, Russell W. Reynolds of Coleman & Horowitt, LLP, and Plaintiff, the United States of America ("Plaintiff"), by and through its undersigned counsel, Kevin C. Khasigian, Assistant U.S. Attorney, as follows:

2
STIPULATION AND WITHDRAWAL OF VERIFIED CLAIMS OF BRUCE J. WARREN

1. Claimant asserted a lienholder interest in the defendant property located at 19460 Fiddletown Road, Fiddletown, California, APN: 021-050-019-000.

2. Claimant asserted a lienholder interest in the defendant property located at 16481 Fiddletown Road, Fiddletown, California, APN: 014-270-026.

3. The loans have since been satisfied and Claimant no longer has an interest in the defendant 19460 Fiddletown Road and 16481 Fiddletown Road properties.

4. Accordingly, Claimant hereby withdraws its claims filed in the above-captioned case on May 31, 2018, with respect to the 19460 Fiddletown Road and 16481 Fiddletown Road properties [Dk. 12], and its answer filed in the above-captioned case on May 31, 2018 [Dk. 11].

5. To the extent required under the *Federal Rules of Civil Procedure*, Rule 41(a), Plaintiff agrees to dismiss with prejudice Claimant in the above-captioned case pursuant to the *Federal Rules of Civil Procedure*, Rule 41(a). Defendant Real Property Located at 19460 Fiddletown Road, Fiddletown, California and Defendant Real Property Located at 16481 Fiddletown Road, Fiddletown, California are the *in rem* Defendants.

6. Each party hereto is to bear its own costs; and

7. Claimant is hereby removed from the Service List for the above-captioned case.

COLEMAN & HOROWITT, LLP

Dated: May 29, 2019. By: /s/ Russell W. Reynolds
RUSSELL W. REYNOLDS
Attorneys for Bruce J. Warren, Trustee of the
Bruce J. Warren 2002 Revocable Trust


McGREGOR W. SCOTT
UNITED STATES ATTORNEY

Dated: May 30, 2019. /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
(Authorized by email)

**ORDER**

The Court has read and considered the Stipulation of Withdrawal of Verified Claim and Answer by Bruce J. Warren, Trustee of the Bruce J. Warren 2002 Revocable Trust ("Claimant"), and Plaintiff, United States of America ("Plaintiff"), by and through their respective counsel (collectively, the "Parties"). For the reasons stated in the Stipulation and for good cause shown,

**IT IS HEREBY ORDERED** as follows:

1. The Stipulation is approved.

2. Claimant's claim filed in the above-captioned case on May 31, 2018 [Dk. 12] is hereby deemed withdrawn.

3. Claimant's answer filed in the above-captioned case on May 31, 2018 [Dk. 11] is hereby deemed withdrawn.

4. Claimant is hereby deemed dismissed from the above-captioned case.

**IT IS SO ORDERED.**

DATED: June 4, 2019.

_____
UNITED STATES DISTRICT JUDGE