Scott G. McConaughey and Carina M. McConaughey, Trustees
c/o Capital Finance
589 Tahoe Keys Blvd. #E-7
South Lake Tahoe, CA 96150
Telephone: (530) 544-2611

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:18-CV-00763-KJM-CKD |
| Plaintiff, | STIPULATION AND ORDER TO WITHDRAW VERIFIED CLAIM OF LIENHOLDERS, SCOTT G. MCCONAUGHEY AND CARINA M. MCCONAUGHEY, TRUSTEES |
| v. | |
| REAL PROPERTY LOCATED AT 10170 PATTI WAY, ELK GROVE, CALIFORNIA, SACRAMENTO COUNTY, APN: 132-0910-069-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, ET AL., | |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between claimants, Scott G. McConaughey and Carina M. McConaughey, Trustees of the Scott G. McConaughey and Carina M. McConaughey Revocable Trust dated April 24, 2001, and Plaintiff, the United States of America ("Plaintiff"), by and through its undersigned counsel, Kevin C. Khasigian, Assistant U.S. Attorney, as follows:

1

1. Claimants asserted a lienholder interest in the defendant property located at 8620 Port Haywood Way, Sacramento, CA, APN: 117-0970-086-0000 ("Defendant Port Haywood").

2. The loan has since been satisfied and Claimants no longer have an interest in the Defendant Port Haywood property.

3. Accordingly, Claimants hereby withdraw their Claim filed May 25, 2018 (Document 10) in the above-captioned case with respect to the Defendant Port Haywood property.

4. To the extent required under the *Federal Rules of Civil Procedure*, Rule 41(a), Plaintiff agrees to dismiss with prejudice Claimants in the above-captioned case pursuant to the *Federal Rules of Civil Procedure*, Rule 41(a). Defendant Port Haywood is the *in rem* defendant.

5. Each party hereto is to bear its own costs.

6. Claimants are hereby removed from the Service List for the above-captioned case.

Date: August 27, 2019　　　By:　/s/ Scott G. McConaughey
　　　　　　　　　　　　　　　　SCOTT G. MCCONAUGHEY
　　　　　　　　　　　　　　　　TRUSTEE

Date: August 27, 2019　　　By:　/s/ Carina M. McConaughey
　　　　　　　　　　　　　　　　CARINA M. MCCONAUGHEY
　　　　　　　　　　　　　　　　TRUSTEE

Date: September 3, 2019　　　　McGREGOR W. SCOTT
　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　/s/ Kevin C. Khasigian
　　　　　　　　　　　　　　　　KEVIN C. KHASIGIAN
　　　　　　　　　　　　　　　　Assistant U.S. Attorney

2

# **ORDER**

The Court has read and considered the Stipulation to Withdraw Claim by Scott G. McConaughey and Carina M. McConaughey, Trustees of the Scott G. McConaughey and Carina M. McConaughey Revocable Trust dated April 24, 2001, and Plaintiff, United States of America, by and through their respective counsel (collectively, the "Parties"). For the reasons stated in the Stipulation and for good cause shown, **IT IS HEREBY ORDERED** as follows:

1. The Stipulation is approved.

2. Claimants Verified Claim filed May 25, 2018 (Document 10) in the above-captioned case is hereby deemed withdrawn.

3. Claimants are hereby deemed dismissed from the above-captioned case.

**IT IS SO ORDERED.**

DATED: September 3, 2019.

_____
UNITED STATES DISTRICT JUDGE

Stipulation and Order To Withdraw Claim