McGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:18−CV−00763−KJM−CKD |
| Plaintiff, | |
| v. | STIPULATION FOR PARTIAL LIFT OF STAY AND ORDER |
| REAL PROPERTY LOCATED AT 10170 PATTI WAY, ELK GROVE, CALIFORNIA, SACRAMENTO COUNTY, APN: 132-0910-069-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, ET AL., | |
| Defendants. | |

     The United States and Claimant Yue E. Chen, through their respective counsel, hereby stipulate and request the Court to lift the stay for the limited purpose of filing settlement documents for real property located at 8620 Port Haywood Way, Sacramento, California, Sacramento County, APN: 117-0970-086-0000, ("defendant Port Haywood Way"). The parties anticipate that, if granted, the settlement documents would close the case against defendant Port Haywood Way. Thus, the stay would no longer be necessary for this property.[1]

---

[1] The case would remain stayed as to the other eight *In Rem* Defendants. This request is limited to defendant Port Haywood Way.

1

Scott G. McConaughey and Carina M. McConaughey, Trustees, filed a claim asserting a lienholder interest in defendant Port Haywood Way.  Claimant Yue E. Chen filed a Verified Statement of Interest in defendant Port Haywood Way.   No other party has filed a claim asserting an interest in defendant Port Haywood Way.

On October 24, 2018, escrow closed for defendant Port Haywood Way.  Scott G. McConaughey and Carina M. McConaughey were paid in full through escrow.  Scott G. McConaughey and Carina M. McConaughey withdrew their claim on September 4, 2019.

The United States and claimant Yue E. Chen have reached a settlement regarding the net proceeds from the sale of the Port Haywood Way property.

Dated: 9/5/2019

McGREGOR W. SCOTT
United States Attorney

By:  /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated: 9/12/19

 /s/ David P. Foos
DAVID P. FOOS
Attorney for claimant Yue E. Chen

(Authorized by email)

## ORDER

For the reasons set forth above, the stay is lifted regarding the real property located at 8620 Port Haywood Way, Sacramento, California, Sacramento County, APN: 117-0970-086-0000.  The stay shall remain in effect as to the other eight *In Rem* defendants.

IT IS SO ORDERED

DATED:  September 18, 2019.

_____
UNITED STATES DISTRICT JUDGE