| | |
|---|---|
| 1 | SIMON ARON (State Bar No. 108183) |
| | ELSA HOROWITZ (State Bar No. 195689) |
| 2 | WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP |
| | 11400 West Olympic Boulevard, 9th Floor |
| 3 | Los Angeles, California 90064-1582 |
| | Telephone: (310) 478-4100 |
| 4 | Facsimile: (310) 479-1422 |

Attorneys for Claimant LONE OAK FUND, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-CV-00763-KJM-CKD |
| Plaintiff, | **STIPULATION AND ORDER TO WITHDRAW VERIFIED CLAIM OF LONE OAK FUND, LLC** |
| vs. | |
| REAL PROPERTY LOCATED 10170 PATTI WAY, ELK GROVE, CALIFORNIA, SACRAMENTO COUNTY, APN: 132-0910-069-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, ET AL., | (Assigned Hon. Kimberly J. Mueller) |
| | Trial Date: None |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between claimant, Lone Oak Fund, LLC ("Claimant"), by and through its counsel of record, Simon Aron, Esq., of Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP, and Plaintiff, the United States of America ("Plaintiff"), by and through its undersigned counsel, Kevin C. Khasigian, Assistant United States Attorney, as follows:

1. Claimant asserted a lienholder interest in the defendant property located at 9009 FERNWAY COURT, ELK GROVE, CALIFORNIA, SACRAMENTO COUNTY, APN: 116-1290-019-0000 ("Defendant Fernway Court").

2. Defendant Fernway Court is the *in rem* defendant.

STIPULATION AND ORDER TO
WITHDRAW VERIFIED CLAIM

3. Claimant's lien has since been satisfied and Claimant no longer has an interest in Defendant Fernway Court.

4. Accordingly, Claimant hereby withdraws its claim filed in the above-captioned case on May 29, 2018, [Dk. #9] with respect to Defendant Fernway Court.

5. To the extent required under *Federal Rules of Civil Procedure,* Rule 41(a), Plaintiff agrees to dismiss with prejudice Claimant in the above-captioned case pursuant to *Federal Rules of Civil Procedure,* Rule 41(a).

6. Each party hereto is to bear its own costs.

7. Claimant is hereby removed from the Service List for the above-captioned case.

DATED: February 13, 2020

        WOLF, RIFKIN, SHAPIRO,
        SCHULMAN & RABKIN, LLP

        By:    /s/ Simon Aron
            SIMON ARON
        Attorneys for Claimant LONE OAK FUND, LLC

DATED: February 13, 2020

        MCGREGOR W. SCOTT
        United States Attorney

        By:    /s/ Kevin C. Khasigian
            Kevin C. Khasigian
        Assistant United States Attorney

# **ORDER**

The Court has read and considered the Stipulation of Withdrawal of Verified Claim by Lone Oak Fund, LLC ("Claimant"), and Plaintiff, United States of America ("Plaintiff"), by and through their respective counsel (collectively, the "Parties"). For the reasons stated in the Stipulation and for good cause shown,

**IT IS HEREBY ORDERED** as follows:

1. The Stipulation is approved.

2. Notwithstanding the stay in this case, *see* ECF No. 41, Claimant's claim filed in the above-captioned case on May 29, 2018, ECF No. 9, is hereby deemed withdrawn.

3. Claimant is hereby deemed dismissed from the above-captioned case.

**IT IS SO ORDERED.**

Date: February 20, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE