McGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:18−CV−00763−KJM−CKD |
| Plaintiff, | |
| v. | PARTIAL FINAL JUDGMENT OF FORFEITURE RE REAL PROPERTIES AT 19460 FIDDLETOWN ROAD, FIDDLETOWN, CA; 16481 FIDDLETOWN ROAD, FIDDLETOWN, CA; AND 7627 MASTERS STREET, ELK GROVE, CA |
| REAL PROPERTY LOCATED AT 10170 PATTI WAY, ELK GROVE, CALIFORNIA, SACRAMENTO COUNTY, APN: 132-0910-069-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, ET AL., | |
| Defendants. | |

Pursuant to the Stipulation for Final Judgment of Forfeiture, the Court finds:

1.      This is a civil forfeiture action against nine real properties, three of which are the real properties located at 19460 Fiddletown Road, Fiddletown, California, Amador County, APN: 021-050-019-000; 16481 Fiddletown Road, Fiddletown, California, Amador County, APN: 014-270-026-000; and 7627 Masters Street, Elk Grove, California, Sacramento County, APN: 117-1390-017-0000 ("defendant properties").

2.      A Verified Complaint for Forfeiture *In Rem* ("Complaint") was filed on April 4, 2018, alleging that said defendant properties are subject to forfeiture to the United States pursuant to 21 U.S.C. §§ 881(a)(6) and 881(a)(7).

/////

1

3. On June 28, 2018, the defendant property at 7627 Masters Street, Elk Grove, California was posted with a copy of the Complaint and Notice of Complaint. On August 3, 2018, the defendant properties at 19460 Fiddletown Road and 16481 Fiddletown Road, Fiddletown, California were posted with a copy of the Complaint and Notice of Complaint.

4. Beginning on May 12, 2018, for at least 30 consecutive days, the United States published Notice of the Forfeiture Action on the official internet government forfeiture site www.forfeiture.gov. A Declaration of Publication was filed on July 15, 2018.

5. In addition to the public notice on the official internet government forfeiture site www.forfeiture.gov, actual notice or attempted notice was given to the following individuals or entities related to these defendant properties:

    a.    Daniel Zhu,
    b.    Bruce J. Warren 2002 Revocable Trust c/o Bruce J. Warren, Trustee, and
    c.    The RWA Trust c/o Roger Anderson, Trustee.

6. Claimant Daniel Zhu (hereafter "claimant") filed Verified Claims to all three defendant properties on May 21, 2018 and Answers to the Complaint on June 27, 2018. Claimant Bruce J. Warren, Trustee, filed a Claim to the two Fiddletown Road defendant properties and an Answer to the Complaint on May 31, 2018, claiming a lien holder interest in the defendant properties. Claimant Roger Anderson, Trustee, filed a Claim to the Masters Street defendant property on June 13, 2018, and an Answer to the Complaint on June 22, 2018, claiming a lien holder interest in the defendant property. No other parties have filed claims or answers regarding these defendant properties, and the time in which any person or entity may file a claim and answer has expired.

7. On September 11, 2018, escrow closed for the defendant property at 16481 Fiddletown Road, Fiddletown, California, Amador County, APN: 014-270-026-000, and the United States received a wire transfer in the amount of $112,399.44, which will be substituted in lieu of the real property. Bruce J. Warren was paid in full through escrow. Bruce J. Warren withdrew his Claim and Answer on June 4, 2019.

8. On September 11, 2018, escrow closed for the defendant property at 7627 Masters Street, Elk Grove, California, Sacramento County, APN: 117-1390-017-0000, and the United States received a wire transfer in the amount of $141,948.53, which will be substituted in lieu of the real property. Roger

1  Anderson was paid in full through escrow.  Roger Anderson withdrew his Claim and Answer on

2  September 26, 2018.

3       9.     On September 18, 2018, escrow closed for the defendant property at 19460 Fiddletown

4  Road, Fiddletown, California, Amador County, APN: 021-050-019-000, and the United States received

5  a wire transfer in the amount of $124,154.82, which will be substituted in lieu of the real property.

6  Bruce J. Warren was paid in full through escrow.  Bruce J. Warren withdrew his Claim and Answer on

7  June 4, 2019.

8       Based on the above findings, and the files and records of the Court, it is hereby ORDERED

9  AND ADJUDGED:

10       1.     Judgment is hereby entered against claimants Daniel Zhu, Bruce J. Warren, and Roger

11  Anderson, and all other potential claimants who have not filed claims in this action.

12       2.     Upon entry of this Final Judgment of Forfeiture, the following defendant assets, together

13  with any interest that may have accrued on the total amount of net proceeds, shall be forfeited to the

14  United States pursuant to 21 U.S.C. §§ 881(a)(6) and 881(a)(7), to be disposed of according to law:

15       i.     $99,324.82 of the Approximately $124,154.82 in net proceeds from the sale of
16            defendant real property located at 19460 Fiddletown Road, Fiddletown, California, Amador County, APN: 021-050-019-000,

17       ii.     $89,919.44 of the Approximately $112,399.44 in net proceeds from the sale of
18            defendant real property located at 16481 Fiddletown Road, Fiddletown, California, Amador County, APN: 014-270-026-000, and

19       iii.     $113,558.53 of the Approximately $141,948.53 in net proceeds from the sale of
20            defendant real property located at 7627 Masters Street, Elk Grove, California, Sacramento County, APN: 117-1390-017-0000.

21       3.     Upon entry of this Final Judgment of Forfeiture, but no later than 60 days thereafter, the

22  following shall be returned to claimant Daniel Zhu through attorney J. Patrick McCarthy:

23       i.     $24,830.00 of the Approximately $124,154.82 in net proceeds from the sale of
24            defendant real property located at 19460 Fiddletown Road, Fiddletown, California, Amador County, APN: 021-050-019-000,

25       ii.     $22,480.00 of the Approximately $112,399.44 in net proceeds from the sale of
26            defendant real property located at 16481 Fiddletown Road, Fiddletown, California, Amador County, APN: 014-270-026-000, and

27       iii.     $28,390.00 of the Approximately $141,948.53 in net proceeds from the sale of
28            defendant real property located at 7627 Masters Street, Elk Grove, California, Sacramento County, APN: 117-1390-017-0000.

3

4.    The United States and its servants, agents, and employees are released from any and all liability arising out of or in any way connected with the filing of the Complaint and the posting of the defendant properties with the Complaint and Notice of Complaint.  This is a full and final release applying to all unknown and unanticipated injuries and/or damages arising out of or in any way connected with the filing of the Complaint and the posting of the defendant properties with the Complaint and Notice of Complaint, as well as those now known or disclosed.  Claimant waived the provisions of California Civil Code § 1542.

5.    Claimant waived any and all claim or right to interest that may have accrued on the money being forfeited in lieu of the defendant real properties.

6.    All parties are to bear their own costs and attorneys' fees.

7.    Based upon the allegations set forth in the Complaint filed April 4, 2018, and the Stipulation for Final Judgment of Forfeiture filed herein, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the filing of the Complaint and the posting of the defendant properties with the Complaint and Notice of Complaint, and for the commencement and prosecution of this forfeiture action.

SO ORDERED THIs 3rd day of March, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE