PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:18−CV−00763−KJM−CKD |
|---|---|
| Plaintiff, | |
| v. | STIPULATION FOR PARTIAL LIFT OF STAY AND ORDER |
| REAL PROPERTY LOCATED AT 10170 PATTI WAY, ELK GROVE, CALIFORNIA, SACRAMENTO COUNTY, APN: 132-0910-069-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, ET AL., | |
| Defendants. | |

    The United States and Claimant Jin Jin Lin, through their respective counsel, hereby stipulate and request the Court to lift the stay for the limited purpose of filing settlement documents for real property located at 10170 Patti Way, Elk Grove, California, Sacramento County, APN: 132-0910-069-0000, ("defendant Patti Way").  The parties anticipate that, if granted, the settlement documents would close the case against defendant Patti Way.  Thus, the stay would no longer be necessary for this property.[1]

    Claimant Jin Jin Lin filed a Claim and Answer to the Complaint regarding the defendant Patti Way.   No other party has filed a claim asserting an interest in defendant Patti Way.

    On December 14, 2018, escrow closed for defendant Patti Way.  Lien holder Cenlar was paid in

---

[1] The case would remain stayed as to the other four *In Rem* Defendants.  This request is limited to defendant Patti Way.

full through escrow.  Cenlar did not file a claim or answer in this case.

  The United States and claimant Jin Jin Lin have reached a settlement regarding the net proceeds from the sale of the Patti Way property.

Dated:  12/19/2022            PHILLIP A. TALBERT
                  United States Attorney

              By:   /s/ Kevin C. Khasigian
                  KEVIN C. KHASIGIAN
                  Assistant U.S. Attorney

Dated:  1/12/2023             /s/ Robert J. Saria
                  ROBERT J. SARIA
                  Attorney for claimant Jin Jin Lin
                  (Signature retained by attorney)

## ORDER

  For the reasons set forth above, the stay is lifted regarding the real property located at 10170 Patti Way, Elk Grove, California, Sacramento County, APN: 132-0910-069-0000.

  IT IS SO ORDERED.

DATED:  January 23, 2023.

                  _____
                  CHIEF UNITED STATES DISTRICT JUDGE