PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>REAL PROPERTY LOCATED AT 10170 PATTI WAY, ELK GROVE, CALIFORNIA, SACRAMENTO COUNTY, APN: 132-0910-069-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, ET AL.,<br><br>　　　　Defendants. | 2:18−CV−00763−KJM−CKD<br><br><br>STIPULATION FOR PARTIAL LIFT OF STAY AND ORDER |

　　　　The United States and Claimant Bi Juan Li, through their respective counsel, hereby stipulate and request the Court to lift the stay for the limited purpose of filing settlement documents for real property located at 9009 Fernway Court, Elk Grove, California, Sacramento County, APN: 116-1290-019-0000 ("defendant Fernway Court").  The parties anticipate that, if granted, the settlement documents would close the case against defendant Fernway Court.  Thus, the stay would no longer be necessary for this property.[1]

　　　　Claimant Lone Oak Fund, LLC filed a claim asserting a lienholder interest in defendant Fernway Court.  Claimant Bi Juan Li filed a Claim to defendant Fernway Court.  No other party has filed a claim

---

[1] The case would remain stayed as to the other three *In Rem* Defendants.  This request is limited to defendant Fernway Court.

1

asserting an interest in defendant Fernway Court.

On October 4, 2019, escrow closed for defendant Fernway Court. Lone Oak Fund, LLC was paid in full through escrow. Lone Oak Fund, LLC withdrew their claim on February 21, 2020.

The United States and claimant Bi Juan Li have reached a settlement regarding the net proceeds from the sale of the Fernway Court property.

Dated: 4/9/2023

PHILLIP A. TALBERT
United States Attorney

By: /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated: 4/25/2023

/s/ Terry Hunt
TERRY R. HUNT
Attorney for claimant Bi Juan Li

(Authorized by email)

## ORDER

For the reasons set forth above, the stay is lifted regarding the real property located at 9009 Fernway Court, Elk Grove, California, Sacramento County, APN: 116-1290-019-0000.

IT IS SO ORDERED.

Dated: May 1, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE