MICHELE BECKWITH
Acting United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:18-CV-00763-KJM-`CKD |
| Plaintiff, | |
| v. | STIPULATION FOR PARTIAL LIFT OF STAY AND ORDER |
| REAL PROPERTY LOCATED AT 10170 PATTI WAY, ELK GROVE, CALIFORNIA, SACRAMENTO COUNTY, APN: 132-0910-069-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, ET AL., | |
| Defendants. | |

The United States and claimants Suki Xing H. Liang and AmWest Funding Corp, through their respective counsel, hereby stipulate and request the Court to lift the stay for the limited purpose of filing settlement documents for real property located at 25 Donson Court, Elk Grove, California, Sacramento County, APN: 117-1510-050-0000 ("defendant Donson Court"). The parties anticipate that, if granted, the settlement documents would close the case against defendant Donson Court. Thus, the stay would no longer be necessary for this property.[1]

Claimant AmWest Funding Corp filed a claim asserting a lienholder interest in defendant Donson

---

[1] The case would remain stayed as to the other two *In Rem* Defendants. This request is limited to defendant Donson Court.

1

Stipulation for Partial Lift of Stay and Order

Court. Claimant Suki Xing H. Liang filed a Claim to defendant Donson Court. No other party has filed a claim asserting an interest in defendant Donson Court.

The United States and claimants Suki Xing H. Liang and AmWest Funding Corp have reached a settlement regarding the Donson Court property.

Dated: 3/26/2025

MICHELE BECKWITH
Acting United States Attorney

By:    /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated: 1/7/2025

/s/ J. Patrick McCarthy
J. PATRICK McCARTHY
Attorney for Suki Xing H. Liang

Dated:  5/20/2025

/s/ William G. Malcolm
WILLIAM G. MALCOLM
Attorney for Lienholder AmWest Funding Corp

(Signatures retained by attorney)

## ORDER

For the reasons set forth above, the stay is lifted regarding the real property located at 25 Donson Court, Elk Grove, California, Sacramento County, APN: 117-1510-050-0000.

IT IS SO ORDERED.

DATED: May 23, 2025.

_____
UNITED STATES DISTRICT JUDGE