1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    United States of America,                    No. 2:18-cv-00763-KJM-CKD

12                        Plaintiff,                ORDER

13          v.

14    Real Property Located at 10170 Patti Way, Elk
      Grove, California, Sacramento County, APN:
15    132-0910-069-0000, Including all
      Appurtenances and Improvements thereto, et
16    al.,

17
                          Defendants.
18

19

20          On August 7, 2018, the court issued an order staying this action until resolution of the

21    companion criminal cases, Nos. 16-cr-189 and 17-cr-136.  ECF No. 41.  The court ordered the

22    parties to file a joint status report within thirty days of the conclusion of the parallel criminal

23    cases.  *Id.* at 6.  Both companion cases are now closed.  *See* Judgments & Commitments, Case

24    No. 16-189, ECF Nos. 100, 153, 255; Judgments & Commitments, Case No. 17-cr-136, ECF

25    Nos.  285, 358, 420, 421, 422, 426, 427, 429, 442, 463.  A joint status report shall be filed within

26    fourteen days.

27          IT IS SO ORDERED.

28    DATED:  December 23, 2025.

                                                    UNITED STATES DISTRICT JUDGE