ERIC GRANT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:18-CV-00763-DJC-CKD |
| Plaintiff, | |
| v. | ORDER TO EXTEND THE DEADLINE TO SUBMIT A JOINT STATUS REPORT FROM JANUARY 12, 2026 TO JANUARY 26, 2026 |
| REAL PROPERTY LOCATED AT 10170 PATTI WAY, ELK GROVE, CALIFORNIA, SACRAMENTO COUNTY, APN: 132-0910-069-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, ET AL., | |
| Defendants. | |

Pursuant to the United States' Status Report; Joint Request for Two-Week Extension to file a Joint Status Report, the Court finds that there is good cause to extend the deadline to file a Joint Status Report from January 12, 2026 to January 26, 2026.

IT IS SO ORDERED.

Dated:  January 20, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

1

Order to Extend the Deadline to Submit
a Joint Status Report