ERIC GRANT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>REAL PROPERTY LOCATED 10170 PATTI WAY, ELK GROVE, CALIFORNIA, SACRAMENTO COUNTY, APN: 132-0910-069-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, ET AL.,<br><br>Defendants. | 2:18-CV-00763-DJC-CKD<br><br>**STIPULATION AND ORDER TO WITHDRAW VERIFIED CLAIM OF NGUYEN XUAN THAO LE AND NGUYEN XUAN HAI LE** |

**IT IS HEREBY STIPULATED** by and between claimants, Nguyen Xuan Thao Le and Nguyen Xuan Hai Le, appearing pro se, and Plaintiff, the United States of America ("Plaintiff"), by and through its undersigned counsel, Kevin C. Khasigian, Assistant United States Attorney, as follows:

1.  Claimants asserted a lienholder interest in the defendant property located at 8885 Monterey Oaks Drive in Elk Grove, California, Sacramento County, APN: 116-1270-018-0000 ("Defendant Monterey Oaks").

2.  Defendant Monterey Oaks is the *in rem* defendant.

3.  Claimants' lien has since been satisfied and Claimants no longer have an interest in

Defendant Monterey Oaks.

4.     Accordingly, Claimants hereby withdraw its claim filed in the above-captioned case on August 23, 2018, [ECF No. 54] with respect to Defendant Monterey Oaks.

5.     To the extent required under *Federal Rules of Civil Procedure,* Rule 41(a), the United States agrees to dismiss with prejudice Claimants in the above-captioned case pursuant to *Federal Rules of Civil Procedure,* Rule 41(a).

6.     Each party hereto is to bear its own costs.

7.     Claimants are hereby removed from the Service List for the above-captioned case.

Dated: <u>January 26, 2026</u>                    ERIC GRANT
                                                United States Attorney

                                By:     <u>/s/ Kevin C. Khasigian</u>
                                        KEVIN C. KHASIGIAN
                                        Assistant United States Attorney

Dated: <u>2/12</u> , 2026                     <u>/s/ Nguyen Xuan Hai Le</u>
                                        Nguyen Xuan Hai Le
                                        Claimant
                                        Lienholder, Defendant Monterey Oaks Drive

Dated: <u>2/12/2026</u>                    <u>/s/ Nguyen Xuan Thao Le</u>
                                        Nguyen Xuan Thao Le
                                        Claimant
                                        Lienholder, Defendant Monterey Oaks Drive

                                        (Signatures retained by attorney)

-2-                    STIPULATION AND ORDER TO
                       WITHDRAW VERIFIED CLAIM

## ORDER

The Court has read and considered the Stipulation of Withdrawal of Verified Claim by Claimants Nguyen Xuan Thao Le and Nguyen Xuan Hai Le and Plaintiff, United States of America (collectively, the "Parties").  For the reasons stated in the Stipulation and for good cause shown,

**IT IS HEREBY ORDERED** as follows:

1.    The Stipulation is approved.

2.    Claimant's claim filed in the above-captioned case on August 23, 2018 [ECF No. 54] is hereby deemed withdrawn.

3.    Claimant is hereby deemed dismissed from the above-captioned case.

**IT IS SO ORDERED.**

Dated:  February 12, 2026                    /s/ Daniel J. Calabretta
_____
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO
WITHDRAW VERIFIED CLAIM